# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:20−mj−00215−JEP All Defendants
## *Internal Use Only*

Case title: USA v. PARALTA−SANCHEZ

Other court case number: 1:20cr233−12 Northern District of Georgia (Atlanta Division)

Date Filed: 07/28/2020

Date Terminated: 07/31/2020

---

Assigned to: MAG/JUDGE JOI ELIZABETH PEAKE

**Defendant (1)**

**JOSE PARALTA−SANCHEZ**
*TERMINATED: 07/31/2020*
*also known as*
NANO
*TERMINATED: 07/31/2020*

represented by **IRA RICHARD KNIGHT**
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF N.C.
301 N. ELM ST., STE. 410
GREENSBORO, NC 27401
336−333−5455
Fax: 336−333−5463
Email: Ira_Knight@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| RULE 5 ARREST | |

---

**Plaintiff**

**USA** represented by **CRAIG M. PRINCIPE**
U. S. ATTORNEY'S OFFICE
251 N. MAIN ST., STE. 726
WINSTON−SALEM, NC 27101
336−747−7519
Email: craig.principe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/28/2020 | | 5 | Arrest (Rule 5) of JOSE PARALTA−SANCHEZ (Garrett, Kim) (Entered: 07/28/2020) |
| 07/28/2020 | | 3 | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE in CR−1 WS:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to JOSE PARALTA−SANCHEZ held on 7/28/2020. AUSA Craig Principe. AFPD Ira Knight present with defendant. Defendant advised of rights and charges. Defendant affirmed financial was correct and requested court appointed counsel. AFPD Ira Knight appointed. Defendant requested a Detention/Identity Hearing in the MDNC. Detention/Identity Hearing set for 8/4/2020 02:30 PM in Greensboro Courtroom #1A before MAG/JUDGE L. PATRICK AULD. Government instructed to investigate identity and inform the Court prior to scheduled hearing. Spanish Interpreter Roger Hadad sworn. Proceedings recorded. (Garrett, Kim) (Entered: 07/28/2020) |
| 07/28/2020 | | 4 | Oral Motion Re: Detention by USA as to JOSE PARALTA−SANCHEZ. (Garrett, Kim) (Entered: 07/28/2020) |
| 07/28/2020 | 1 | | SEALED FINANCIAL AFFIDAVIT by JOSE PARALTA−SANCHEZ. (Garrett, Kim) (Entered: 07/28/2020) |
| 07/28/2020 | 2 | 6 | ORDER appointing AFPD Ira Knight as counsel for JOSE PARALTA−SANCHEZ. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 7/28/20. (Garrett, Kim) (Entered: 07/28/2020) |
| 07/28/2020 | 3 | 7 | **ORDER SCHEDULING IDENTITY/DETENTION HEARING** as to JOSE PARALTA−SANCHEZ: Identity/Detention Hearing set for 8/4/2020 02:30 PM in Greensboro Courtroom #1A before MAG/JUDGE L. PATRICK AULD. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 7/28/20. (Garrett, Kim) (Entered: 07/28/2020) |
| 07/30/2020 | 4 | | SEALED Pretrial Service Report. by Plaintiff USA, Defendant JOSE PARALTA−SANCHEZ. (Thompson−Graves, Jennifer) (Entered: 07/30/2020) |
| 07/31/2020 | 5 | 8 | WAIVER of Rule 5(c)(3) Hearing by JOSE PARALTA−SANCHEZ (KNIGHT, IRA) (Entered: 07/31/2020) |
| 07/31/2020 | 6 | 9 | Commitment Order − Rule 5 as to JOSE PARALTA−SANCHEZ. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 7/31/20. (Garrett, Kim) (Entered: 07/31/2020) |

MIME−Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
−−Case Participants: CRAIG M. PRINCIPE (caseview.ecf@usdoj.gov, craig.principe@usdoj.gov, natalie.kuehl@usdoj.gov, usancm.ecfcriminal@usdoj.gov), IRA RICHARD KNIGHT (ira_knight@fd.org), MAG/JUDGE JOI ELIZABETH PEAKE (allison_bennett@ncmd.uscourts.gov, jasmine_johnson@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
−−Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
−−No Notice Sent:

Message−Id:3236071@ncmd.uscourts.gov
Subject:Activity in Case 1:20−mj−00215−JEP USA v. PARALTA−SANCHEZ Initial Appearance − Rule 5
Content−Type: text/html

**U.S. District Court**

**North Carolina Middle District**

## Notice of Electronic Filing

The following transaction was entered on 7/28/2020 at 5:33 PM EST and filed on 7/28/2020

| | |
|---|---|
| **Case Name:** | USA v. PARALTA−SANCHEZ |
| **Case Number:** | 1:20−mj−00215−JEP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE in CR−1 WS:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to JOSE PARALTA−SANCHEZ held on 7/28/2020. AUSA Craig Principe. AFPD Ira Knight present with defendant. Defendant advised of rights and charges. Defendant affirmed financial was correct and requested court appointed counsel. AFPD Ira Knight appointed. Defendant requested a Detention/Identity Hearing in the MDNC. Detention/Identity Hearing set for 8/4/2020 02:30 PM in Greensboro Courtroom #1A before MAG/JUDGE L. PATRICK AULD. Government instructed to investigate identity and inform the Court prior to scheduled hearing. Spanish Interpreter Roger Hadad sworn. Proceedings recorded. (Garrett, Kim)**

**1:20−mj−00215−JEP−1 Notice has been electronically mailed to:**

CRAIG M. PRINCIPE     craig.principe@usdoj.gov, CaseView.ECF@usdoj.gov, natalie.kuehl@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

IRA RICHARD KNIGHT     Ira_Knight@fd.org

**1:20−mj−00215−JEP−1 Notice will not be electronically mailed to:**

```
MIME−Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
−−Case Participants: CRAIG M. PRINCIPE (caseview.ecf@usdoj.gov, craig.principe@usdoj.gov,
natalie.kuehl@usdoj.gov, usancm.ecfcriminal@usdoj.gov), IRA RICHARD KNIGHT
(ira_knight@fd.org), MAG/JUDGE JOI ELIZABETH PEAKE (allison_bennett@ncmd.uscourts.gov,
jasmine_johnson@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
−−Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
−−No Notice Sent:

Message−Id:3236073@ncmd.uscourts.gov
Subject:Activity in Case 1:20−mj−00215−JEP USA v. PARALTA−SANCHEZ Oral Motion
```

Content−Type: text/html

**U.S. District Court**

**North Carolina Middle District**

## Notice of Electronic Filing

The following transaction was entered on 7/28/2020 at 5:34 PM EST and filed on 7/28/2020

| | |
|---|---|
| **Case Name:** | USA v. PARALTA−SANCHEZ |
| **Case Number:** | 1:20−mj−00215−JEP |
| **Filer:** | USA |
| **Document Number:** | No document attached |

**Docket Text:**
**Oral Motion Re: Detention by USA as to JOSE PARALTA−SANCHEZ. (Garrett, Kim)**

**1:20−mj−00215−JEP−1 Notice has been electronically mailed to:**

CRAIG M. PRINCIPE     craig.principe@usdoj.gov, CaseView.ECF@usdoj.gov, natalie.kuehl@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

IRA RICHARD KNIGHT     Ira_Knight@fd.org

**1:20−mj−00215−JEP−1 Notice will not be electronically mailed to:**

MIME−Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
−−Case Participants: CRAIG M. PRINCIPE (caseview.ecf@usdoj.gov, craig.principe@usdoj.gov, natalie.kuehl@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE (allison_bennett@ncmd.uscourts.gov, jasmine_johnson@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
−−Non Case Participants: Probation Office (duty@ncmp.uscourts.gov), U. S. Marshal's Office (ecf.usmsncm@usdoj.gov, jessica.williams2@usdoj.gov)
−−No Notice Sent:

Message−Id:3235207@ncmd.uscourts.gov
Subject:Activity in Case 1:20−mj−00215−JEP USA v. PARALTA−SANCHEZ Arrest − Rule 5
Content−Type: text/html

**U.S. District Court**

**North Carolina Middle District**

## Notice of Electronic Filing

The following transaction was entered on 7/28/2020 at 11:17 AM EST and filed on 7/28/2020

| | |
|---|---|
| **Case Name:** | USA v. PARALTA−SANCHEZ |
| **Case Number:** | 1:20−mj−00215−JEP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of JOSE PARALTA−SANCHEZ (Garrett, Kim)**

**1:20−mj−00215−JEP−1 Notice has been electronically mailed to:**

CRAIG M. PRINCIPE     craig.principe@usdoj.gov, CaseView.ECF@usdoj.gov, natalie.kuehl@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

**1:20−mj−00215−JEP−1 Notice will not be electronically mailed to:**

FILED
in the Middle District of
North Carolina
July 28, 2020
5:37 pm
Clerk, US District Court
By: kg

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20MJ215-1 |
| | ) | |
| JOSE PARALTA-SANCHEZ | ) | |
| | ) | |

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed the record in this case and concludes that Defendant is entitled to appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that Assistant Federal Public Defender Ira Knight is appointed to represent Defendant in this action.

This, the 28th day of July, 2020.

Joi Elizabeth Peake
United States Magistrate Judge

FILED
in the Middle District of
North Carolina
July 28, 2020
5:36 pm
Clerk, US District Court
By: kg



# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

United States of America
v.
Jose Paralta-Sanchez
*Defendant*

Case No. 1:20-mj-215-1

## ORDER SCHEDULING AN IDENTITY/ DETENTION HEARING

An identity/detention hearing before Mag/Judge L. Patrick Auld in this case is scheduled as follows:

| | | | |
|---|---|---|---|
| Place: | U.S. District Court<br>324 W. Market Street<br>Greensboro, N.C. 27401 | Courtroom No.: | G1A |
| | | Date and Time: | Tuesday, August 4, 2020 at 2:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 28, 2020

*Judge's signature*

Joi Elizabeth Peake, United States Magistrate Judge

*Printed name and title*


Case 1:20-mj-00215-JEP Document 7 Filed 08/03/20 Page 7 of 9

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSE PERALTA-SANCHEZ<br>*Defendant* | ) | Case No. 20MJ215-1<br><br>Charging District's Case No. 1:20CR233 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- [ ] an identity hearing and production of the warrant.
- [ ] a preliminary hearing.
- [ ] a detention hearing.
- [x] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my [x] preliminary hearing and/or [x] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7-31-20

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

IRA KNIGHT
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED
in the Middle District of North Carolina
July 31, 2020
8:43 pm
Clerk, US District Court
By: kg

United States of America )
v. )
) Case No. 1:20MJ215
)
Jose Paralta-Sanchez ) Charging District's
*Defendant* ) Case No. 1:20CR233

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the U.S. District Court for the Northern District of Georgia ,
*(if applicable)* Atlanta division. The defendant may need an interpreter for this language:
Spanish .

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: July 31, 2020

*Judge's signature*

Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*